[Department One.—August 28, 1883.]

## JAMES S. MEREDITH, Appellant, v. EDMOND CHRISTY, Respondent.

Election—Contest.—It is not ground for contesting an election that the successful candidate aided and abetted the registering officer in the illegal registry of a voter.

Appeal from a judgment of the Superior Court of Sacramento County.

The plaintiff contested the election of defendant to the office of supervisor of Sacramento County. At the trial plaintiff offered to prove that defendant aided and abetted the deputy county clerk in making a false return of an affidavit, upon which a voter was registered. This evidence was refused.

*J. H. McKune, Matt. F. Johnson,* and *A. C. Hinkson,* for Appellant.

*A. P. Catlin,* and *C. T. Jones,* for Respondent.

Per Curiam.—The offense on the part of the respondent offered to be proven by the appellant does not come within any of the provisions of title 4, part 1, of the Penal Code, and does not therefore constitute ground for the contest in question. (Code Civ. Proc. § 1111.)

Judgment affirmed.